UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DELARRIAN STALLWORTH,**

    **Plaintiff,**

v.                                               **Case No. 6:20-cv-1809-ACC-EJK**

**WASTE PRO USA, INC. and**
**WASTE PRO OF FLORIDA, INC.,**

    **Defendants.**

## ORDER

This cause comes before the Court on the parties' Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 13) filed on March 17, 2021.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED. (Doc. 14).

After an independent *de novo* review of the record in this matter and noting that neither party has filed a written objection, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 25, 2021 (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order. The settlement is a fair and reasonable resolution of Plaintiff's FLSA claims. (*See* Doc. 10-1).

- 2 -

2. The Amended Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 13) is hereby **GRANTED**.

3. The case is DISMISSED with prejudice.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 9, 2021.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record